**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Application of<br><br>FOURWORLD EVENT OPPORTUNITIES, LP and GENESIS EMERGING MARKETS INVESTMENT COMPANY,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | Case No. 1:22-mc-00185 (PGG)<br><br>NOTICE OF MOTION TO INTERVENE BY 58.COM, INC. |

      PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 24, proposed intervenor 58.com, Inc. will move this Court, before the Honorable Paul G. Gardephe, United States District Judge, at the United States Courthouse located at 40 Foley Square, Courtroom 705, New York, New York, 10007, at a time and date to be determined by the Court, for an order that it may intervene as of right, or, in the alternative, to permissively intervene in the above-captioned action, and for such further relief that this Court deems necessary and proper in the interests of justice.

Dated: July 24, 2022
       New York, N.Y.

 

                                        /s/ Timothy G. Nelson
                                        Timothy G. Nelson
                                        James W. Brown
                                        Aden D. Tedla

                                        SKADDEN, ARPS, SLATE, MEAGHER
                                        & FLOM LLP
                                        One Manhattan West
                                        New York, N.Y. 10001-8602
                                        Telephone: (212) 735-2193
                                        Facsimile: (917) 777-2193
                                        E-Mail:
                                                timothy.g.nelson@skadden.com

2

                                  james.brown@skadden.com
                                  aden.tedla@skadden.com

*Attorneys for 58.com, Inc.*