Skadden, Arps, Slate, Meagher & Flom llp

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-2193
DIRECT FAX
(917) 777-2193
EMAIL ADDRESS
TIMOTHY.G.NELSON@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

July 24, 2022

**BY ECF**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

> RE: *In re Application of FourWorld Event Opportunities*, *LP et al. v. Fenwick & West LLP, et al.,* 1:22-mc-00185 (PGG)

Dear Judge Gardephe,

    We represent Proposed-Intervenor 58.com, Inc. in the above-referenced proceeding under 28 U.S.C. § 1782, brought by Petitioners to seek discovery from a law firm and a proxy solicitor in connection with a lawsuit currently pending before the Grand Court of the Cayman Islands. Pursuant to Local Civil Rule 1.6, we write to inform Your Honor that this action relates to a case commenced last year before Judge P. Kevin Castel involving a 28 U.S.C. § 1782 application against two other subpoena targets,[1] in which the same Petitioners seek discovery in aid of the same Cayman Islands lawsuit. (Discovery in that case is still ongoing, and an application by 58.com

---

[1] *See In re Application of Fourworld Event Opportunities*, *et al. v. General Atlantic LLC, et al.*, 1:21-mc-00543-PKC, S.D.N.Y., ECF No. 1.

to intervene is pending in that proceeding).  We take no position on assignment, but wanted to bring this information to the Court's attention.

                                            Respectfully submitted,

                                            /s/ Timothy G. Nelson
                                            Timothy G. Nelson

cc: Counsel of Record