UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re Application of

FOURWORLD EVENT OPPORTUNITIES, LP and GENESIS EMERGING MARKETS INVESTMENT COMPANY,

For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding

1:22-mc-00185 (PKC)

ORDER GRANTING INTERVENTION

---

IT IS HEREBY ORDERED that:

1. Proposed Intervenor 58.com, Inc.'s motion to intervene (Doc 8) is hereby GRANTED pursuant to Rule 24(a)(2), Fed. R. Civ. P.

2. Any opposition by 58.com to the Application Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding (Doc 1) shall be filed by August 9, 2022 and any reply by Applicant shall be filed by August 19, 2022.

DATED: New York, NY
July 27, 2022

P. Kevin Castel
United States District Judge