**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Application of<br><br>FOURWORLD EVENT OPPORTUNITIES, LP and GENESIS EMERGING MARKETS INVESTMENT COMPANY,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | Case No. 1:22-mc-00185 (PKC)<br><br>STIPULATION ENLARGING TIME TO RESPOND |

WHEREAS, this proceeding was commenced on July 19, 2022, through the filing of an Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use In a Foreign Proceeding (Doc. 1, the "Application") by Fourworld Event Opportunities, LP, and Genesis Emerging Markets Investment Company (together, "Applicants");

WHEREAS, by Order dated July 27, 2022 (Doc. 14, the "July 27 Order"), the Court granted the Motion to Intervene (Doc. 8) filed by 58.com Inc. ("58.com"), and established a schedule for briefing of opposition to the Application and any reply thereto;

WHEREAS, the parties to the foreign proceeding are negotiating a potential consensual resolution of the Application; and

WHEREAS, no prior application has been made for the relief sought herein; now therefore

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the deadlines in the July 27 Order are hereby enlarged as follows: 58.com's deadline to respond is extended from August 9, 2022, to September 8, 2022, and Petitioners' deadline to file any reply shall be extended from August 19, 2022, to September 23, 2022.

//

//

Dated: August 6, 2022
      New York, N.Y.

| | |
|---|---|
| /s/ Brianna S. Hills | /s/ James W. Brown |
| Duane L. Loft | Timothy G. Nelson |
| Andrew P. Steinmetz | James W. Brown |
| Brianna S. Hills | Aden D. Tedla |
| | |
| BOIES SCHILLER FLEXNER LLP | SKADDEN, ARPS, SLATE, |
| 55 Hudson Yards |   MEAGHER & FLOM LLP |
| New York, N.Y. 10001 | One Manhattan West |
| Telephone: (212) 446-2300 | New York, N.Y. 10001-8602 |
| Facsimile: (212) 446-2380 | Telephone: (212) 735-3000 |
| dloft@bsfllp.com | Facsimile: (212) 735-2000 |
| asteinmetz@bsfllp.com | timothy.g.nelson@skadden.com |
| bhills@bsfllp.com | james.brown@skadden.com |
| | aden.tedla@skadden.com |
| *Attorneys for Applicants* | |
| | *Attorneys for Intervenor 58.com, Inc.* |

Dated: August \_\_\_\_, 2022
      New York, N.Y.

                                                                  P. Kevin Castel
                                                                 United States District Judge