UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
*In re* Application of FOURWORLD EVENT
OPPORTUNITIES, LP, and GENESIS EMERGING       22-mc-00185
MARKETS INVESTMENT COMPANY
for an Order Pursuant to 28 U.S.C. § 1782 to            ORDER
Conduct Discovery for Use in a Foreign Proceeding,

                            Petitioner,

-----------------------------------------------------------x

CASTEL, U.S.D.J.

        This proceeding was filed on July 19, 2022 against two Respondents: Fenwick & West, LLP ("Fenwick") and Morrow Sodali International LLC ("Morrow Sodali"). (ECF 1.) On July 27, 2022, the Court granted a motion to intervene by 58.com, Inc. (ECF 14.)

        On December 29, 2022, the Court entered a Stipulation and Order withdrawing the application in part and staying the action in part. (ECF 34.) The Order stayed all deadlines and any decision pending 58.com's production of a privilege log of documents withheld from Fenwick. The Order also withdrew the application against Morrow Sodali.

        No filings have been made thereafter. The Clerk of Court is respectfully requested to close the case.

        SO ORDERED.

                                            P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
       April 9, 2024